UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED

MAR 25 2026

AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                          INFORMATION NO. _____
                                                           21 U.S.C. § 841(a)(1)

ADAM LITTLE, JR.

\* \* \* \* \*

**THE UNITED STATES CHARGES:**

On or about April 21, 2021, in Pike County, in the Eastern District of Kentucky,

**ADAM LITTLE, JR.**

did knowingly and intentionally possess with the intent to distribute 500 grams or more

of a mixture or substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

<u>**FORFEITURE ALLEGATIONS**</u>
**21 U.S.C. § 853**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

1.    By virtue of the commission of the felony offense alleged in the Indictment,

**ADAM LITTLE, JR.** shall forfeit to the United States any and all property used, or

intending to be used, to commit and to facilitate the commission of the violations of 21

U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly

as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that

**ADAM LITTLE. JR.** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.      The property to be forfeited includes, but is not limited to, the following which was seized from **ADAM LITTLE, JR.** on or about April 21, 2021:

### U.S. CURRENCY:

a.  $22,752.00 in United States currency.

### FIREARMS:

a.  Hi-Point, .40 caliber pistol with serial number X7281492; and
b.  All associated ammunition and accessories.

3.      If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).


**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**


**ANDREW H. TRIMBLE**
**ASSISTANT UNITED STATES ATTORNEY**